**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CURTIS A. NEAL,

        Plaintiff,

-vs-                                        Case No. 3:14-cv-1113-J-34PDB

ATLAS ACQUISITIONS, LLC,

        Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Case Management Report (Dkt. No. 18; CMR) filed by the parties on January 14, 2015. On September 16, 2014, the Court entered a Notice of Designation, which included the undersigned's Case Management Report form. See Notice of Designation (Dkt. No. 2). Upon review of the CMR, it appears that the parties failed to utilize the form required by the undersigned. Accordingly, it is **ORDERED:**

The Case Management Report (Dkt. No. 18) is **STRICKEN**. The parties are directed to file an Amended Case Management Report on the form required by this Court no later than **February 6, 2015**.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of January, 2015.

                                                                      **MARCIA MORALES HOWARD**
                                                                      United States District Judge

ja

Copies to:

Counsel of Record